UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AARON BAYER, Individually and on behalf of all
others similarly situated,

                Plaintiff,

v.

ZURICH FINANCIAL SERVICES LTD and
FOREMOST INSURANCE COMPANY,

                Defendants.
------------------------------------------------------------X

STIPULATION OF VOLUNTARY
DISMISSAL PURSUANT TO
F.R.C.P. 41(a)(1)(A)(ii)

12 Civ. 6678 (CM)

Hon. Colleen McMahon

### STIPULATION OF VOLUNTARY DISMISSAL AS TO LESS THAN ALL DEFENDANTS PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED by and between the undersigned parties that Defendant Zurich Financial Services Ltd. named as a Defendant in the above-captioned action is voluntarily dismissed, *without prejudice*, as to all claims, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Dated: New York, New York
       September 14, 2012

_____
Adam J. Gana (AG 1980)
Napoli Bern Ripka Shkolnik, LLP
350 Fifth Avenue, Suite 7413
New York, NY 10118
*Attorneys for Plaintiff*

_____
David L. Yohai
John P. Mastando III
Weil, Gotshal & Mangers LLP
767 Fifth Avenue
New York, NY 10153
*Attorneys for Defendant Foremost Insurance Company*

SO ORDERED:
_____
U.S.D.J.
9/18/2012

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/18/12